SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 4, 2013; decided December 12, 2013

1016

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 1049 (2013)].